## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bimbo Bakeries USA, Inc. v. Provencher            Docket No.: 24-3112

Lead Counsel of Record (name/firm) or Pro se Party (name): Scott Moriarity / Wanta Thome PLC

Appearance for (party/designation): Arthur Provencher, Michael McGuire / Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        Party                          Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Scott Moriarity
Firm: Wanta Thome PLC
Address: 100 South Fifth Street, Suite 1200, Minneapolis, MN 55402
Telephone: 612-252-3570                     Fax: 612-252-3571
Email: samoriarity@wantathome.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.    The short title, docket number, and citation are: _____
Bimbo Bakeries USA, Inc. v. Provencher, No. 24-1601
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s Scott Moriarity
Type or Print Name: Scott Moriarity
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.