

Scott Moriarity

samoriarity@wantathome.com
(612) 252-3570

100 S 5th St, Suite 1200
Minneapolis, MN 55402

February 23, 2026

Catherine O'Hagan Wolfe
Clerk of Court, United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Via ECF

**Re:** *Provencher v. Bimbo Bakeries USA*, **No. 24-3112**
**Request for Remote Oral Argument**

Dear Ms. O'Hagan Wolfe:

As directed by your office and in accordance with the January 22, 2026 Notice of Hearing, I submit the following request for remote oral argument.

This case is scheduled for oral argument tomorrow, Tuesday February 24, at 10 a.m. I had planned travel from Minneapolis to New York today, Monday February 23, to attend and argue the appeal in person. Due to severe weather conditions, my flight (and an attempted rebooking) was cancelled, and I have no practical way to attend in person.

Given the circumstances, I respectfully contend that there is good cause for me to attend and argue the appeal remotely. I can do that by audio call, Zoom teleconference, or whatever other option is most convenient for the Court. Thanks for your consideration.



Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
February 23, 2026
Page 2

                Very Truly Yours,

                **/s Scott Moriarity**

                WANTA THOME PLC
                Scott Moriarity

c:      Counsel of Record (via ECF)